COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Mauricio Nqavarette-Torres v. The State of Texas

Appellate case number:      01-21-00322-CR

Trial court case number:    1540067

Trial court:                178th District Court of Harris County

Appellant, Mauricio Nqavarette-Torres, timely filed a notice of appeal from the trial court's June 15, 2021 Judgment of Conviction by Jury. Appellant's brief was initially due to be filed by November 17, 2021. *See* TEX. R. APP. P. 38.6(a). However, no brief was filed, and on December 6, 2021, appellant was notified that unless he filed a brief or motion to extend time to file a brief within ten days, the Court would be required to abate the appeal and order the trial court to conduct a hearing to determine whether appellant wishes to prosecute his appeal, and if so, whether his court-appointed counsel had abandoned the appeal. On December 16, 2021, appellant's court-appointed counsel filed a motion for extension of time to file appellant's brief, requesting a thirty-day extension of the deadline for filing appellant's brief. Appellant's request for an extension was granted, making his brief due on or before January 18, 2022.

No brief was filed by the extended deadline. On January 26, 2022, appellant was again notified that if no brief was filed within ten days, the Court would abate the appeal and order the trial court to conduct a hearing to determine whether appellant wishes to prosecute his appeal, and if so, whether his court-appointed counsel had abandoned the appeal. On February 4, 2022, appellant's court-appointed counsel filed a second motion for extension of time, requesting that the deadline for filing appellant's brief be extended by an additional sixty days.

The motion is **granted**. Appellant's brief is due to be filed **on or before March 18, 2022. No further extensions will be considered by the Court**. Failure to file a brief by March 18, 2022 will result in the appeal being abated for the trial court to hold a hearing to make findings regarding the reason for the failure to timely file a brief, to determine if counsel has abandoned the appeal, and if so, whether new counsel should be appointed to represent appellant in his appeal.

It is so ORDERED.

Judge's signature: _____/s/ April Farris_____

☑ Acting individually ☐ Acting for the Court

Date: ___March 3, 2022____